## Pennsylvania Department of Transportation Appeal.

Argued November 12, 1970. *William E. Bethards,* Assistant Attorney General, with him *Herbert G. Zahn,* Assistant Attorney General, *Robert W. Cunliffe,* Deputy Attorney General, and *Fred Speaker,* Attorney General, for appellant; *Alan R. Squires,* with him *Edward Munce,* for appellee; *Sheldon L. Keyser,* Assistant County Solicitor, with him *Francis A. Barry,* Deputy County Solicitor, and *Maurice Louik,* County Solicitor, for County of Allegheny, intervenor.

Order affirmed.

## Phillips *v.* Phillips, Appellant.

Argued December 9, 1970. *Austin M. Lee,* for appellant; *Frank E. Greenberg,* with him *Katz, Slifkin and Greenberg,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Ronan *v.* First Pennsylvania Banking and Trust Company, Appellant.

 Argued December 10, 1970. *Roger B. Wood*, with him *Joseph R. Thompson*, for appellant; *Lynwood F. Blount*, for appellee.

Order affirmed.

WRIGHT, P. J., and MONTGOMERY, J., would grant a general new trial.

## Spezialetti Unemployment Compensation Case.

Submitted December 10, 1970. *Robert Lazorchick*, and *Scott & Lazorchick*, for claimant, appellant; *Sydney Reuben*, Assistant Attorney General, and *Fred Speaker*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Suleski, Appellant, *v.* McCormick.

Argued November 10, 1970. *Leonard M. Mendelson*, for appellant; *Kim Darragh*, with him *Meyer, Darragh, Buckler, Bebenek & Eck*, for appellee.

Judgment affirmed.

## Sverchek *v.* Sverchek, Appellant.

Argued December 7, 1970. *Thomas S. McCready*, for appellant; *Frank D. Llewellyn*, for appellee.